IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYKER WILLIAM SCHENCK,

        Petitioner,

v.

MARIN SUPERIOR COURT, et al.,

        Respondents.

Case Nos.: 12-6396 CW (PR)
            13-0384 CW (PR)

JUDGMENT

    For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the above cases without prejudice.

    The Clerk of the Court shall close the files.

    IT IS SO ORDERED.

Dated: 3/19/2013

CLAUDIA WILKEN
United States District Judge